**Order entered May 7, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01143-CR

## APRIL MICHELLE FLOYD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR18-0971**

### ORDER

We **REINSTATE** this appeal.

We abated for a punishment hearing. On April 26, 2021, the trial court sentenced appellant in open court. A supplemental reporter's record of the proceeding was filed with this Court on May 3, 2021.

Still pending before the Court is appellant's March 24, 2021 motion to extend time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due June 10, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brian Williams, Presiding Judge, County Court at Law No. 1; Jennifer Fogg, Rockwall County Clerk; and counsel for all parties.


/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE